```
Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Attorney for plaintiffs
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>    Debtor.<br>_____<br><br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>Tony Fu,<br><br>    Defendant. | Bankruptcy Case No.: 17-41205 CN<br><br>Chapter 7 Trustee: Marlene G. Weinstein<br><br><br>AP # 17-04056<br><br>STATUS CONFERENCE STATEMENT<br><br><br>Date: October 16, 2017<br>Time: 10 am<br>Judge: Charles Novak<br>Ctrm: 215<br>Place: 1300 Clay Street, Oakland, Ca. 94612 |

Plaintiffs Thai Ming Chiu, Demas Yan, and Legal Recovery, LLC, through their attorney of record Mark Lapham, as and for its Status Conference Statement, state as follows:

1. Debtor, Tony Fu, an individual, filed Chapter 7 petition on 5/5/17.
2. Plaintiffs filed this adversary proceeding objecting to discharge and for determination of dischargeability of debts on 8/2/17. Debtor filed answer on 9/15/17.
3. Plaintiffs objects to the discharge of debtor on the following grounds: pursuant to 11 U.S.C. § 727(a)(2)(A) and (B) on the grounds that Fu, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed property of the debtor; pursuant to 11 U.S.C. §727(a)(3) on the grounds that debtor has failed to keep or preserve books,

1

records, documents, and papers from which his financial condition or business transactions might be ascertained; pursuant to 11 U.S.C. §727(a)(4) on the grounds that defendant knowingly and fraudulently made a false oath in this case in the petition and papers that he filed herein and at his 341 meeting of creditors; objects to the discharge of the debts evidenced by the judgments entered in San Francisco Superior Court case no. CGC-00-311712 [Fu v. Fung] and Case no. CGC-04-428983 [Sierra Point Lumber v. Fu] pursuant to 11 U.S.C. §11 U.S.C. § 523(a)(2)(A) and (a)(4) on the grounds that these debts arise out of debtor's false pretenses, false representation, fraud and defalcation while acting in a fiduciary capacity, embezzlement, or larceny; and finally, objects to the discharge of debt arising from Assault and Battery pursuant to 11 U.S.C. § 523(a)(6).

4. On 9/19/17, I sent a meet and confer email to debtor regarding Initial Disclosures and Discovery Conference order issued by the Court on 8/3/2017, proposing to exchange initial disclosures by September 25, 2017. On September 25, 2017, I sent plaintiffs' initial disclosures to debtor. As of today, debtor has not responded to meet and confer and have not produced his initial disclosures.

5. On 9/27/17, plaintiffs propounded to debtor plantiff's set one of demand for production of document and request for admissions. Debtor's responses thereto are due on 10/27/17.

Respectfully Submitted,
October 10, 2017

/s/Mark Lapham
Attorney for plaintiffs

CERTIFICATE OF SERVICE

On this date, I served the following document(s):

STATUS CONFERENCE STATEMENT

By electronic mail:


By email notice/service for this case:

Tony Fu, tonydxfu@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/10/2017

By: /s/MARK LAPHAM

Attorney for Plaintiffs