The following constitutes
the order of the court. Signed June 11, 2018

Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TONY DONG XING FU,<br><br>       Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| DEMAS WAI YAN, THAI MING CHIU AND LEGAL RECOVERY, LLC,<br><br>       Plaintiffs,<br>vs.<br><br>TONY FU,<br><br>       Defendant. | Adversary No. 17-4056<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

A status conference in this adversary proceeding was held on June 11, 2018. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The court withdraws its Order to Show Cause to dismiss the adversary proceeding.
2. The discovery cutoff is **October 15, 2018.** If there is a discovery dispute, the parties shall meet and confer by phone or in person. If the dispute is not resolved, the moving party shall file a discovery dispute letter of no more than 5 pages, describing the discovery dispute. This letter shall be served on the opposing party by fax or email. Moving party shall call chambers to advise that the letter has been filed. The court may then contact opposing counsel and request that counsel file a letter in response. The court will then set a telephonic hearing on the discovery dispute. Any

discovery dispute letter must be filed and served no later than 5 days after the close of discovery.

3. The status conference is continued to **November 5, 2018** at **10:00 a.m.** in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

**\*\*\* END OF ORDER \*\*\***

**COURT SERVICE LIST**

Recipients are ECF participant