DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
plaintiff in pro per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>        Debtor.<br>_____<br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br>        Plaintiffs,<br>v.<br>Tony Fu,<br>        Defendant. | Bankruptcy Case No.: 17-41205 CN<br>Chapter 7 Trustee: Marlene G. Weinstein<br><br>AP # 17-04056<br><br>MOTION TO SUBSTITUTE PLAINTIFF<br><br>Date: 9/10/18<br>Time: 10 am<br>Ctrm: 215<br>Judge: Charles Novak<br>Place: 1300 Clay Street, Oakland, Ca. 94612 |

## BACKGROUND

This adversary proceeding was filed on 8/2/17 objecting to discharge based on § 523 (by plaintiff YAN) and § 727 (by Plaintiff CHIU and Legal Recovery, LLC ).

Plaintiff CHIU was assignee of a judgment entered in San Francisco Superior Court case no. CGC-00-311712 against debtor by judgment creditor FLORENCE FUNG (FUNG).

FUNG has assigned the judgment to YAN and desires that YAN substitute in place of CHIU. See YAN Dec., Ex. A at par. 6 (Declaration of FUNG).

1

Case: 17-04056    Doc# 70    Filed: 08/24/18    Entered: 08/24/18 11:39:44    Page 1 of 2

SUBSTITUTION WOULD BE OF BENEFIT TO CREDITORS

Rule 25(c), make applicable by FRBP 7025, provides that if an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.

YAN is already prosecuting the § 523 claim. He has in-depth knowledge of the facts of the case and the ability to prosecute the § 727 claim as well. This will increase efficiency and lower the costs for all parties.

YAN has no ulterior motive in substituting into the § 727 claim other than for the legitimate reason of seeking non-discharge on the basis of factual support of bankruptcy fraud by debtor. The allegations of fraud do not come only from plaintiffs, but also from third parties. See YAN dec., Ex. A at pars. 4-5, and Ex. B.

Respectfully submitted,
   Dated: 8/23/18
   By: /s/DEMAS YAN