DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
plaintiff in pro per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>      Debtor.<br>_____<br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br>      Plaintiffs,<br>v.<br>Tony Fu,<br>      Defendant. | Bankruptcy Case No.: 17-41205 CN<br>Chapter 7 Trustee: Marlene G. Weinstein<br>AP # 17-04056<br><br>DECLARATION OF DEMAS YAN IN SUPPORT OF MOTION TO SUBSTITUTE PLAINTIFF<br><br>Date: 9/10/18<br>Time: 10 am<br>Ctrm: 215<br>Judge: Charles Novak<br>Place: 1300 Clay Street, Oakland, Ca. 94612 |

I, DEMAS YAN, declare:

1. Attached as Exhibit A is a true and correct copy of declaration from creditor FLORENCE FUNG, dated 8/13/2018.

2. Attached as Exhibit B is a true and correct copy of a email dated 7/21/08 that I had obtained from the deposition of CHARLES LI (LI) in July 15, 2010. Based on information and believe, LI is a long time associate of debtor TONY FU and has intimate knowledge of FU's involvement with the property at 337 28th Avenue, San Francisco.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/23/18
By: /s/DEMAS YAN

1

# EXHIBIT A

# DECLARATION

TO THE BANKRUPTCY COURT AND INTERESTED PARTIES IN RELATED ACTIONS:

I, FLORENCE FUNG, declare:

1. I am a judgment creditor against debtor, TONY FU AKA TONY D.X. FU aka DONG XING FU (Fu), in a judgment entered in San Francisco Superior Court case no. CGC-00-311712 on 10/9/2003 and renewed on 12/27/2013 pursuant to court order granting Application for Renewal of Judgment (Judgment).

2. Prior to FU's filing of Chapter 7 in Bankruptcy Case No. 17-41205 on 5/5/17, I had assigned the Judgment to Demas Yan aka Dennis Yan, Kaman Liu, and Thai Ming Chiu, as co-assignees, to help me enforce and collect on the judgment.

3. The assignees have impartial position and better knowledge of the legal proceedings to help me enforce and collect on the judgment. I do not live in the county and it is difficult for me to attend to the proceedings. My deceased father and I believe that FU is not a rational person. Instead of repairing the construction defects, FU went for collection and instead of paying off the judgement, FU would hide assets and gone through a sham divorce.

4. FU has told my deceased father and me that he has legal means to ignore and dishonor the judgment against him. FU started the arbitration hearing proceedings against us in 1999 to collect on about $20k of disputed construction work. We had to file counter claim against FU for defective and unfinished construction work. Then, FU refused to pay his then lawyer and FU also refused to pay his share of the arbitration fees, Fu try to stop the arbitration case. When we paid FU's share of arbitration fees, FU wrote several letters to the arbitrator to try to disqualify and then change the arbitrator. When this failed, FU dragged the arbitration case for several years so that his legal wife, legal son and his legal assets all disappeared. FU told my deceased father and me that he can earn money using other people's identity and licenses. Basically, FU told us that we cannot collect on the judgment because we cannot find his assets. FU lives in multi-million dollar house, drives and buys European luxury vehicles, sends his son Bryant FU to private schools and takes his wife to overseas trips, etc. Even though I do not understand the judgment collection, my father told me that we have to maintain and enforce this judgment. So, the original 2003 judgment of approximately $70k was renewed in 2013 to approximately $155k. Now, it is worth about $200k on paper. Please confirm the judgment and allow the collection effort to proceed.

5. I have information that FU on or about May 25, 2018, had stated and convinced various news reporters Ms. LingChia KU, Mr. Nam KWOK and Ms. Jo WAN of the Chinese News Channel on KTSF 26 that he has a claim against me for $24,000 since 1999 and that he will soon take legal action against me. This information was reported and aired on video broadcast on May 25, 2018 on KTSF 26 at both 7 pm and 10 pm news programs in which Fu was interviewed by Channel 26 news reporter. Since FU alleges

that he has a $24,000 claim against me but he had not declare it in his bankruptcy petition, that is further evidence of fraud.

6. Thai Ming Chiu had filed adversary proceeding # 17-04056 in Fu's bankruptcy case objecting to Fu's discharge of debts. As a result, Mr. Chiu has incurred significant expenses in attempting to enforce the judgment because of Fu's tactics in obstruction. I believe Mr. Dennis Yan is better qualified in terms of his knowledge of the facts to enforcement the Judgment. I would like Mr. Yan, as co-assignee of the Judgment, to substitute for Mr. Chiu in adversary proceeding # 17-04056 and hereby ask the court to approve the same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signature _____  8/13/2018

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of SAN FRANCISCO
Subscribed and sworn to (or affirmed) before me on this 13th day of AUGUST, 2018 by FLORENCE FUNG proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Surinder Kumar_ (seal)

SURINDER KUMAR
COMM. # 2080623
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY
Comm. Expires OCT. 2, 2018

# EXHIBIT B


# YAHOO! MAIL
### Classic

**Li vs Fu case**

From: "charles li" <chl4li@yahoo.com>
To: Paulmousalam@hotmail.com

Monday, July 21, 2008 10:38 AM

Dear Mr. Mouslam:

It came to my attention that you have missed file a case management statement set by the court & is now rescheduled another one on 8/25/08. I wonder did you forget or other reason.

In my suit against Tony's fraud. You claim he assigned me an agreement that had already terminated & replaced by another agreement. I think he is also at fraud for assigning his agreement to me while his contractor license had been suspended. By law, he is not entitled to get pay for his work w/o a license. As a contractor he should have known that he can not assign his agreement to me. We missed this 2nd fraud.

After Tony assigned his agreement to me. He asked me to do an engineering review/ upgrade for his building on 28th Ave. S.F. I noticed the drawings he gave me all titled under his wife's name Crystal. That is when I suspected he might already transferred this said property to his wife & filed divorce to prevent/avoid creditors going after him. The reason I said that is every time I visited him he was living w/ his wife & son. So, it is obvious it was a sham divorce. Once he told me he has a trail attorney friend. I suspect the said attorney had help him planned all his assets transfer, divorce & assignments.

The thing is cleared, To be successful. We would have to bring Crystal into my case.

Here is the court request:

ORDER TO SHOW CAUSE SET FOR AUG-25-2008 IN DEPARTMENT 212 AT 1:30 PM FOR FAILURE TO FILE A CASE MANAGEMENT STATEMENT PRIOR TO THE CASE MANAGEMENT. THE JUL-11-2008 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. NOTICE SENT BY COURT.

Look forward to hear from you. Thanks

