DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
plaintiff in pro per

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>　　　　Debtor.<br>_____<br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br>　　　　Plaintiffs,<br>v.<br>Tony Fu,<br>　　　　Defendant. | Bankruptcy Case No.: 17-41205 CN<br>Chapter 7 Trustee: Marlene G. Weinstein<br>AP # 17-04056<br><br>MOTION TO SUBSTITUTE PLAINTIFF<br><br>Date: 9/10/18<br>Time:　10 am<br>Ctrm: 215<br>Judge:　Charles Novak<br>Place:　1300 Clay Street, Oakland, Ca. 94612 |

NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that on the date, time, and location as set forth in the caption above, a hearing will be conducted on Plaintiff DEMAS YAN's motion to substitute for plaintiff THAI MING CHIU, pursuant to Rule 25(c) make applicable by FRBP 7025, providing that if an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party.

　　Dated: 8/23/2018
　　By: /s/DEMAS YAN