Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Attorney for plaintiffs

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>       Debtor.<br>_____<br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br>       Plaintiffs,<br>v.<br>Tony Fu,<br>       Defendant. | Bankruptcy Case No.: 17-41205 CN<br>Chapter 7<br><br>AP # 17-04056<br><br>PLAINTIFF LEGAL RECOVERY LLC'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE<br><br>Date: 9/10/18<br> Time: 10 am<br>Ctrm: 215<br>Judge: Charles Novak<br>Place: 1300 Clay Street, Oakland, Ca. 94612 |

BACKGROUND

This adversary proceeding was filed on 8/2/17 by plaintiffs LEGAL RECOVERY LLC, THAI MING CHIU, and LEGAL RECOVERY, LLC. Defendant debtor had filed answer. Plaintiff LEGAL RECOVERY LLC had filed Claim no. 4 on 1/4/18 for the amount of $6,605.20.

MEMORANDUM

FRCP 41(a)(2) provides that an action may be dismissed at the plaintiff's request by court order on terms that the court considers proper.

Here, plaintiff LEGAL RECOVERY LLC has a claim of $6,605.20 which is disproportionate to the legal fees it incurred and expects to further incur in prosecuting this action. Dismissal of

1

plaintiff's claims in this action will not prejudice the defendant or the other plaintiffs remaining in this action.   Plaintiff has not entered into any agreement with any party related to this motion.

Respectfully submitted,
Dated: 8/24/2018
/s/MARK LAPHAM