

The following constitutes
the order of the court. Signed September 10, 2018

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br> TONY DONG XING FU, <br>     Debtor. | Case No. 17-41205 CN <br> Chapter 7 |
| DEMAS WAI YAN, THAI MING CHIU AND LEGAL RECOVERY, LLC, <br>     Plaintiffs, <br> vs. <br> TONY FU, <br>     Defendant. | Adversary No. 17-4056 <br><br> **ORDER DENYING MOTION TO SUBSTITUTE PLAINTIFF** |

    On September 10, 2018, the court conducted a hearing on Plaintiff Demas Yan's Motion to Substitute Plaintiff (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

    **IT IS HEREBY ORDERED** that the Motion is denied.

                     **\*\*\* END OF ORDER \*\*\***

1

**COURT SERVICE LIST**

Recipients are ECF participant