ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Defendant Tony Fu

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Tony Dong Xing Fu,<br><br>Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| Demas Wai Yan, Thai Ming Chiu, Legal Recovery, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Tony Fu,<br><br>Defendant. | Adv. Proc. No. 17-04056<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1970 Broadway, Suite 600, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes, Kuhner & Little, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business unless indicated below by electronic service.

On October 18, 2018, I served the following documents:

**[PROPOSED] ORDER DENYING MOTION TO EXTEND TIME FOR DISCOVERY**

by placing copies of said documents in a sealed envelope by first class mail and served in the manner described below addressed as follows:

| *Via-ECF* | *Via-ECF and First Class Mail* |
|---|---|
| Mark W. Lapham | Demas Wai Yan |
| Law Offices of Mark W. Lapham | 100 Pine Street, #1250 |
| 751 Diablo Rd. | San Francisco, CA 94111 |
| Danville, CA 94526 | |

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October, 2018 at Oakland, California.

/s/ Gail A. Michael