ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Defendant Tony Fu

The following constitutes the order of the Court.
Signed: November 7, 2018

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Tony Dong Xing Fu,<br><br>Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| Demas Wai Yan, Thai Ming Chiu, Legal Recovery, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Tony Fu,<br><br>Defendant. | Adv. Proc. No. 17-04056<br><br>**ORDER DENYING MOTION TO EXTEND TIME FOR DISCOVERY**<br><br>Date: October 17, 2018<br>Time: 10:30 a.m.<br>Ctrm: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The Motion to Extend Time for Discovery filed by Plaintiff, Demas Yan, came on for hearing before the Honorable William J. Lafferty on October 17, 2018 at 10:30 a.m. Demas Yan

appeared on behalf of himself and Eric A. Nyberg of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. appeared on behalf of Defendant Tony Fu. The Court having read and considered the moving papers, opposition thereto, arguments made at the hearing and for the reasons stated on the record, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion to Extend Time for Discovery is denied. In ruling on the Motion, the court voiced concerns regarding the conduct of Crystal Lei in attending a deposition on October 4, 2018 and the court, in issuing this order is mindful of the fact that a hearing will be conducted in the San Francisco County Superior Court on October 24, 2018 and if the Superior Court were to modify the terms of the temporary restraining order in a manner that might allow for a deposition of Crystal Lei to be conducted, Demas Yan may have grounds to seek a motion for reconsideration of this order solely as it relates to the deposition of Crystal Lei.

***END OF ORDER***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Demas Wai Yan |
| 3 | 100 Pine Street, #1250<br>San Francisco, CA 94111 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

KORNFIELD | NYBERG, BENDES, KUHNER & LITTLE, P.C.
1970 Broadway, Suite 600  Oakland, California 94612