

The following constitutes the order of the Court.
Signed: December 3, 2018

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TONY DONG XING FU,<br><br>Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| DEMAS WAI YAN, THAI MING CHIU AND LEGAL RECOVERY, LLC,<br><br>        Plaintiffs,<br>vs.<br><br>TONY FU,<br><br>        Defendant. | Adversary No. 17-4056<br><br>**ORDER GRANTING PLAINTIFF LEGAL RECOVERY, LLC'S RENEWED MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |

On December 3, 2018, the court conducted a hearing on Plaintiff Legal Recovery, LLC's Renewed Motion to Dismiss Complaint with Prejudice (the "Motion"). Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is granted, and Legal Recovery, LLC is dismissed from this adversary proceeding.

**\*\*\* END OF ORDER \*\*\***

*UNITED STATES BANKRUPTCY COURT
For The Northern District Of California*

**COURT SERVICE LIST**

Recipients are ECF participant

ORDER GRANTING PLAINTIFF LEGAL RECOVERY, LLC'S RENEWED MOTION TO DISMISS COMPLAINT WITH PREJUDICE

Case: 17-04056    Doc# 123    Filed: 12/03/18    Entered: 12/04/18 12:07:25    Page 2 of 2