

The following constitutes the order of the Court.
Signed: December 3, 2018

_____

**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TONY DONG XING FU,<br><br>　　　　　Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| DEMAS WAI YAN, THAI MING CHIU<br>AND LEGAL RECOVERY, LLC,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>TONY FU,<br><br>　　　　　Defendant. | Adversary No. 17-4056<br><br>**ORDER DENYING PLAINTIFF THAI MING CHIU'S MOTION FOR SUMMARY JUDGMENT** |

On December 3, 2018, the court conducted a hearing on Plaintiff Thai Ming Chiu's Motion

for Summary Judgment (the "Motion"). Appearances were stated on the record. For the reasons

stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

**\*\*\* END OF ORDER \*\*\***

Case: 17-04056   Doc# 124   Filed: 12/03/18   Entered: 12/04/18 12:15:59   Page 1 of 2

1

2

**COURT SERVICE LIST**

3

Recipients are ECF participant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2