Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Email marklapham@sbcglobal.net
Attorney for plaintiffs

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>       Debtor.<br><br>_____<br>___<br>Thai Ming Chiu, Demas Yan,<br>     Plaintiffs,<br>          v.<br>Tony Fu,<br>     Defendant. | Bankruptcy Case No.: 17-41205 CN<br>Chapter 7<br><br>AP # 17-04056<br><br>PLAINTIFF'S TRIAL WITNESS LIST<br><br>Trial Dates: 1/8-9/2019<br>Ctrm: 215<br>Judge: Charles Novak<br>Place: 1300 Clay Street, Oakland, Ca.<br>94612 |

Plaintiff THAI MING CHIU will call the following witnesses:

| NAME | TIME ESTIMATE FOR DIRECT EXAMINATION |
|---|---|
| TONY FU | 60 MINUTES |
| DEMAS YAN | 30 MINUTES |
| BRYANT FU | 30 MINUTES |
| CRYSTAL LEI | 30 MINUTES |
| SHIN YU WANG | 15 MINUTES |
| FLORENCE FUNG | 15 MINUTES |

1

Plaintiff DEMAS YAN will call the following witnesses:

| NAME | TIME ESTIMATE FOR DIRECT EXAMINATION |
| --- | --- |
| TONY FU | 30 MINUTES |
| DEMAS YAN | 15 MINUTES |
| BRYANT FU | 30 MINUTES |
| WILLIAM MORA | 15 MINUTES |

Dated: 12/31/2018

By: /s/MARK LAPHAM

Attorney for Plaintiffs

Case: 17-04056   Doc# 135   Filed: 01/01/19   Entered: 01/01/19 13:34:36   Page 2 of 2