# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):** TONY FU

**Chapter:** 7

**Case Number:** 17-41205

**Adversary Proceeding Name:**
Thai Ming Chiu, Demas Yan, vs. Plaintiff(s),
TONY FU
Defendant(s).

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number) 17-04056

**Date of Hearing:** 1/8/2019
(Complete a SEPARATE form for EACH hearing date)

**Time of Hearing:** 9:00 am

**Hearing Judge:** Novack

**Hearing Location:** Oakland Courtroom 215

**Transcriber:**

**Alternate Transcriber:**

**Type of Transcript:**
- ☐ Ordinary (30 Days)
- ☐ 14 Days
- ☑ Expedited (7 Days)
- ☐ Daily (24 Hours)
- ☐ Entire Hearing
- ☑ Testimony of Witness: TONY FU, BRYANT FU (Name of Witness)
- ☐ Ruling/Opinion Portion Only
- ☐ Other/Special Instructions:

**Name of Person(s) Ordering Transcript:** DEMAS YAN

**Contact Person:**

**Mailing Address (include law firm name, if any):**
100 Pine St #1250
San Francisco, CA 94111

**Phone Number:** 415-867-5797

**Email Address:** anewlaw@gmail.com

### THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS  ☐ Other: _____

Time Start: _____ Time End: _____    Time Start: _____ Time End: _____

Time Start: _____ Time End: _____    Time Start: _____ Time End: _____

ECRO: _____    Court Division: _____    Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

8/2018