# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# AUDIO RECORDING ORDER FORM

**Name of Debtor (Case Name):** TONY FU

**Chapter:** 7

**Case Number:** 17-41205 CN

**Adversary Proceeding Name:** DEMAS YAN ET AL vs. TONY FU

**Plaintiff(s),**

**Defendant(s).**

**Adversary Proceeding Number:** (or Miscellaneous Proceeding Number) 2017-04056

**Date of Hearing:** 1/9/2019

**Time of Hearing:** 9:00 am

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Novack

**Hearing Location:** Oakland Courtroom 215

Do you want a recording of the entire calendar/trial? ☑ Yes ☐ No

If No, below describe that portion of the hearing audio you request:

Audio from day 2 of trial on 1/9/2019

**Cost and Audio Capacity:** Each compact disc (CD) holds approximately 80 minutes of recorded audio and costs $31.00. If the audio you order does not fit onto one CD this rate is charged for each additional CD. This fee set by the Judicial Conference of the United States, and must be paid before an audio request is processed.

**Name of Person(s) Ordering Recording:** Kornfield, Nyberg, Bendes, Kuhner & Little

**Mailing Address:** 1970 Broadway, Suite 600, Oakland, CA 94612

**Contact Person:** Sarah Little

**Phone Number:** 510-273-8843

**Email Address:** s.little@kornfieldlaw.com

**Signature of Person Ordering Recording:** [signed]

**Date:** 1/10/2018

**For Court Use Only**
CD Created By (Initials): ____
Date: ____

**Note:** To order a Meeting of Creditors recording visit the U.S. Trustee website, do not use this Form. **ECF Filers:** Use the ECF event "Audio CD Request" to file this Form. This Form is mandatory and has been approved for use by the U.S. Bankruptcy Court for the Northern District of California.

7/2018

```
          UNITED STATES
        BANKRUPTCY COURT
      NORTHERN DISTRICT OF CALIFORNIA
            OAKLAND DIVISION

         # 40103066 - RS

         January 15, 2019
            14:55:37

            TAPES/CD
            17-04056
Title..: YAN ET AL V. FU
Qty....:   5 @ $31.00
Amount.:              $155.00 CH
Check#.: 29160



         Total-> $155.00


     FROM: KORNFIELD NYBERG BENDES KUHNER
```