

The following constitutes the order of the Court.
Signed: January 31, 2019

_____
Charles Novack
U.S. Bankruptcy Judge

ERIC A. NYBERG, ESQ.
(Bar No. 131105)
SARAH L. LITTLE, ESQ.
(Bar No. 215635)
**KORNFIELD, NYBERG, BENDES,**
**KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: s.little@kornfieldlaw.com

Attorneys for Defendant Tony Fu

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Tony Dong Xing Fu,<br><br>　　　　　　　　　　Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| Demas Wai Yan, Thai Ming Chiu, Legal Recovery, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Tony Fu,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 17-04056<br><br>**ORDER GRANTING MOTION FOR JUDGMENT PURSUANT TO FRCP 52(c) AS INCORPORATED INTO FRBP 7052**<br><br>Date: January 30, 2019<br>Time: 9:00 a.m.<br>Ctrm: 215<br>　　　U.S. Bankruptcy Court<br>　　　1300 Clay Street<br>　　　Oakland, CA 94612 |

　　　The United States Bankruptcy Court for the Northern District of California, the Honorable Charles Novack, conducted a trial on January 29, 2019 on the claims of Plaintiff Thai Ming Chiu.

Plaintiff Thai Ming Chiu ("Plaintiff") objected to Defendant Tony Fu's ("Defendant") discharge pursuant to 11 U.S.C. Section 727(a)(2), (a)(3) and (a)(4). Plaintiff Thai Ming Chiu was represented by Mark Lapham. Eric A. Nyberg and Sarah L. Little of Kornfield, Nyberg, Bendes, Kuhner & Little, P.C. represented Defendant Tony Fu. At the conclusion of Plaintiff's case, Defendant moved for judgment pursuant to FRCP 52(c) as incorporated into FRBP 7052. The Court having considered the evidence before it, having weighed the evidence and heard arguments of counsel and stated its findings of fact and conclusions of law on the record, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the motion of Defendant for judgment pursuant to FRCP 52(c) as incorporated into FRBP 7052 is granted and judgment shall enter in favor of Defendant and against Plaintiff on Plaintiff's claims pursuant to 11 U.S.C. Section 727(a)(2), (a)(3) and (a)(4).

***END OF ORDER***

COURT SERVICE LIST

Demas Wai Yan
100 Pine Street, #1250
San Francisco, CA 94111