Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Attorney for plaintiff Thai Ming Chiu

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>      Debtor.<br><br>_____<br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br>      Plaintiffs,<br>v.<br>Tony Fu,<br>      Defendant. | Bankruptcy Case No.: 17-41205 CN<br><br>AP # 17-04056<br><br>MOTION FOR RELIEF FROM ORDER<br><br>ENTERED JANUARY 31, 2019<br><br>Date: 3/11/2019<br>Time: 10 am<br>Judge: Charles Novak<br>Ctrm: 215<br>Trial: January 8-9, 29-30, 2019 |

Plaintiff THAI MING CHIU hereby motion for relief from the order entered January 31, 2019 (Doc.# 161) and states as follows:

1. Rule 60 of F.R.Civ.P, make applicable by rule 9024 of Federal Rule of Bankruptcy Procedure, provides that on motion and just terms, the court may relieve a party from a final judgment or order. One of the reason for relieve is when the judgment is void.

2. The Court entered order (Doc.# 161) granting Defendant's motion for judgment for Defendant and against Plaintiff on Plaintiff's claims pursuant to 11 U.S.C. Section 727(a)(2), (a)(3) and (a)(4). But Defendant argued that Plaintiff did not have standing, and the Court on January 30, 2019 ruled on the record that Plaintiff did not have standing on those claims.

3. Without standing by plaintiff, Bankruptcy court lacked subject matter jurisdiction to hear Chapter 7 adversary proceeding seeking order denying debtor's discharge under 11 USCS § 727.  <u>Rosenfeld v Rosenfeld</u> (In re Rosenfeld) (2015, BC ED Mich) 535 BR 186.  Courts must resolve questions of subject matter jurisdiction before ruling on the merits of the claim. Where the plaintiff has no Article III standing to bring a case, jurisdiction is lacking and the court must dismiss it.  <u>Id.</u> at 190 (citations omitted.)

4. The Court should dismiss this case because Plaintiff has no standing.  The order entered January 31, 2019 granting judgment to Defendant against Plaintiff should be set aside.

Respectfully Submitted,
Dated: 2/9/2019
/s/Mark Lapham