Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007
Attorney for plaintiff Thai Ming Chiu

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>      Debtor.<br>_____<br>Thai Ming Chiu, Demas Yan, Legal Recovery, LLC,<br>      Plaintiffs,<br>v.<br>Tony Fu,<br>      Defendant. | Bankruptcy Case No.: 17-41205 CN<br><br>AP # 17-04056<br><br>REPLY TO DEFENDANT'S OPPOSITION TO<br>MOTION FOR RELIEF FROM ORDER<br>ENTERED JANUARY 31, 2019<br><br>Date: 3/11/2019<br>Time: 10 am<br>Judge: Charles Novak<br>Ctrm: 215<br>Trial: January 8-9, 29-30, 2019 |

Defendant Tony Fu, through his counsel Eric Nyberg, is misrepresenting the record. Mr. Nyberg argues that standing was not an issue before the court, but he was the one who made an oral argument and argued before the court on January 30, 2019 that plaintiff "is not a creditor" and that "there's no standing". (Jan. 30, 2019 audio recording at time 22:40-23:17.) The court agreed with defendant's argument and found that plaintiff is not a creditor and has no standing (audio at 22:40-23:17). Also in the minutes the court granted defendant's oral motion to dismiss:

> Day 4 Trial 01/30/2019 at 9:00 AM Minutes: Appearance(s): Plaintiff Demas Yan represent himself, Mark Lapham represent plaintiff Thai Ming Chiu. Eric Nyberg and Sarah Little represent defendant Tony Fu. Defendant's Oral Motion to Dismiss is GRANTED. Court finds JUDGMENT IN FAVOR of Defendant Tony Fu. Post Trial Briefs (no more than 15 pages each) to be filed by 2/25/2019. Post Trial hearing is scheduled for 3/8/2019 at 01:00 PM at Oakland Room 215 - Novack. The court will issue scheduling order. Trial adjourned. (mab)

Since the court had found that plaintiff has no standing, the court has no subject matter jurisdiction to enter judgment after granting defendant's motion to dismiss.

The order entered on January 31, 2019 granting judgment to Defendant against Plaintiff should be set aside.

Plaintiff hereby submit on the pleadings and the records herein.

Dated: 2/27/2019
/s/Mark Lapham