

The following constitutes the order of the Court.
Signed: March 27, 2019

_____
**Charles Novack**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TONY DONG XING FU,<br><br>    Debtor. | Case No. 17-41205 CN<br><br>Chapter 7 |
| DEMAS WAI YAN, THAI MING CHIU AND LEGAL RECOVERY, LLC,<br><br>    Plaintiffs,<br>vs.<br><br>TONY FU,<br><br>    Defendant. | Adversary No. 17-4056<br><br>**JUDGMENT** |

    This court conducted a trial in this adversary proceeding over the course of four days. All appearances were noted on the record. The court entered an amended memorandum decision on Plaintiff Demas Yan's §523(a)(6) claim for relief on March 26, 2019. The court granted Defendant Tony Fu's motion for judgment on partial findings on claims by Plaintiff Thai Ming Chiu at trial, and subsequently granted Chiu's motion to alter or amend the court's FRBP 7052(c) order. Good cause appearing,

    **IT IS HEREBY ORDERED** that judgment on Yan's claim for relief under Bankruptcy Code §523(a)(6) is entered in favor of Defendant Tony Fu. Chiu's claims under Bankruptcy Code §727 are dismissed for lack of standing. The Clerk of Court is directed to grant Fu's Chapter 7 discharge.

*** END OF ORDER ***

**COURT SERVICE LIST**

Marlene G. Weinstein
Chapter 7 Trustee
1511 Sycamore Ave. #M-259
Hercules, CA 94547

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Demas Wai Yan
100 Pine St., #1250
San Francisco, CA 94111

Other recipients are ECF participant