DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Plaintiff in Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>    Debtor.<br>_____<br>Thai Ming Chiu, Demas Yan,<br>    Plaintiffs,<br>v.<br>Tony Fu,<br>    Defendant. | Bankruptcy Case No.: 17-41205 CN<br><br>AP # 17-04056<br><br>MOTION FOR NEW TRIAL OR ALTERNATIVELY FOR AMENDMENT OF JUDGMENT  [Fed. R. Bankr. P. 9023]<br><br>Date:  6/3/2019<br>Time:  10 am<br>Judge:  Charles Novak<br>Ctrm: 215<br>Trial: January 8-9, 29-30, 2019 |

Plaintiff DEMAS YAN hereby motion for a new trial or alternatively for amendment of judgment entered on March 28, 2019 and states as follows:

1. Rule 59 of F.R.Civ.P, make applicable by rule 9023 of Federal Rule of Bankruptcy Procedure, provides in relevant part that the court may alter or amend a judgment, or grant a new trial on all or some of the issues after a nonjury trial, for any reason for which a rehearing has heretofore been granted in a suit in equity in federal court.  The court may open the judgment if one has been entered, take additional testimony, amend findings of fact and conclusions of law or make new ones, and direct the entry of a new judgment.

2. The Court entered the Judgment on Complaint (Doc.# 179) on 03/28/2019. The Amended Memorandum Decision (Doc.# 177) was entered on 03/27/2019.  The judgment was in favor of defendant Tony Fu and against plaintiff Demas Yan on the claim under Bankruptcy Code § 523(a)(6).

3. At trial on January 30, 2019, the audio recording of Thomas Tucker's 911 call (Ex. W) was played. In the recording, Mr. Tucker stated that as to the two attackers that he saw, "I couldn't really tell their age." Yet the Court stated in its Decision that Tucker, "who is a disinterested party – does not support Yan's contention" that the attacker was Tony Fu, a middle-aged man, and that Tucker "identified two teenagers as the attackers." The court's finding of fact as to Tucker's statement is contrary to the evidence.

4. There now exists new material facts not available before trial that would materially affect the outcome of trial. A new trial is justified based on these new facts. These facts are confidential at the present time. Plaintiff will present these facts to the court for purposes of this motion at the court's instruction so as to avoid violating confidentiality.

Dated: 4/10/2019
By: /s/DEMAS YAN