DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Plaintiff in Pro Se

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re: Tony Fu,<br><br>      Debtor.<br><br>_____<br><br>Thai Ming Chiu, Demas Yan,<br>      Plaintiffs,<br>v.<br>Tony Fu,<br>      Defendant. | Bankruptcy Case No.: 17-41205 CN<br><br>AP # 17-04056<br><br>DECLARATION IN SUPPORT OF MOTION FOR NEW TRIAL OR ALTERNATIVELY FOR AMENDMENT OF JUDGMENT [Fed. R. Bankr. P. 9023]<br><br>Date: 6/3/2019<br>Time: 10 am<br>Judge: Charles Novak<br>Ctrm: 215<br>Trial: January 8-9, 29-30, 2019 |

I, DEMAS YAN, declare:

1. The audio recording of Thomas Tucker's 911 call (Ex. W) was admitted by the court as evidence. In the audio recording, which was played in open court during trial on January 30, 2019, Mr. Tucker clearly stated, as to the two assailants, that "I couldn't really tell their age." The Court stated in its Statement of Decision that Mr. Tucker said that the two assailants were teenages not middle aged men that Tony Fu and Martin Eng were.

2. There now exists new facts that would materially affect outcome of trial. These facts are confidential in nature and were not available during or before trial. I hereby ask the court to provide guidance as to how to to present these new facts for purpose of this motion without violation of confidentiality.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/10/2019
By: /s/DEMAS YAN